*State, Respondent, v. Walker, Petitioner,* No. 74220-1. Petition for review of a decision of the Court of Appeals, No. 50421-5-I, June 16, 2003, 117 Wn. App. 1026. *Denied* January 7, 2004.

*Strain, Petitioner, v. W. Travel, Inc., Respondent,* No. 74221-9. Petition for review of a decision of the Court of Appeals, No. 50642-1-I, June 9, 2003, 117 Wn. App. 251. *Denied* January 7, 2004.

*State, Respondent, v. Lee, Petitioner,* No. 74227-8. Petition for review of a decision of the Court of Appeals, No. 27609-7-II, June 3, 2003, 117 Wn. App. 1012. *Denied* January 7, 2004.

*State, Respondent, v. Morris, Petitioner,* No. 74228-6. Petition for review of a decision of the Court of Appeals, No. 26781-1-II, May 28, 2003, 117 Wn. App. 1002. *Denied* January 7, 2004.

*In re Jean F. Gardner Amended Blind Trust. Gardner, Petitioner, Wachovia Secs., Inc., Respondent, v. Duryee, et al., Petitioners,* No. 74229-4. Petitions for review of a decision of the Court of Appeals, No. 49845-2-I, June 9, 2003, 117 Wn. App. 235. *Denied* January 7, 2004.

*Brettin, et al., Respondents, v. Wilson, et al., Petitioners,* No. 74230-8. Petition for review of a decision of the Court of Appeals, No. 50099-6-I, June 9, 2003, 117 Wn. App. 1017. *Denied* January 7, 2004.

*State, Respondent, v. Posey, Petitioner,* No. 74232-4. Petition for review of a decision of the Court of Appeals, No. 28440-5-II, June 10, 2003, 117 Wn. App. 1022. *Denied* January 7, 2004.